UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STORMY R. SLOUGH, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 1:24-cv-00191 |
| | § | |
| TRUEACCORD CORP., | § | |
| Defendant. | § | |
| | § | |

**DEFENDANT TRUEACCORD CORP.'S ANSWER TO PLAINTIFF'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendant TrueAccord Corp. ("Defendant") and files this Answer to Plaintiff's Complaint as follows:

**NATURE OF THE ACTION**

1. Defendant admits Plaintiff brings this action against Defendant under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and Texas Debt Collection Act ("TDCA") under Tex. Fin. Code Ann. § 392 *et seq.* Defendant denies any violations occurred.

**JURISDICTION AND VENUE**

2. Defendant admits this action is brought under the FDCPA. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 2; therefore, Defendant denies the same.

3. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 3; therefore, Defendant denies the same.

**PARTIES**

4. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 4; therefore, Defendant denies the same.

5. Defendant admits it is a Delaware corporation with a principal place of business at the listed address. The remainder of Paragraph 5 calls for a legal conclusion; therefore, Defendant denies the same.

6. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 6; therefore, Defendant denies the same.

## FACTS SUPPORTING CAUSE OF ACTION

7. Defendant admits the action stems from Defendant's attempt to collect a utility obligation owed by Plaintiff, Defendant denies any violations occurred.

8. Defendant admits the utility obligation was placed with Defendant for collection.

9. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 9; therefore, Defendant denies the same.

10. Defendant denies Paragraph 10.

11. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 11; therefore, Defendant denies the same.

12. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 12; therefore, Defendant denies the same.

13. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 13; therefore, Defendant denies the same.

14. Defendant denies Paragraph 14.

15. Defendant denies Paragraph 15.

16. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 16; therefore, Defendant denies the same.

17. Defendant denies Paragraph 17.

18. Defendant denies Paragraph 18.

## COUNT I – VOILATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant repeats and realleges previous paragraphs as though fully set forth herein.

20. Paragraph 20 calls for a legal conclusion; therefore, Defendant denies the same.

21. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 21; therefore, Defendant denies the same.

22. Paragraph 22 calls for a legal conclusion; therefore, Defendant denies the same.

23. Paragraph 23 calls for a legal conclusion; therefore, Defendant denies the same.

   a. **Violations of FDCPA §1692c *et seq*.**

24. Paragraph 24 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies the same.

25. Defendant denies Paragraph 25.

   b. **Violations of FDCPA §1692e**

26. Paragraph 26 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies the same.

27. Paragraph 27 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies the same.

28. Defendant denies Paragraph 28.

   c. **Violations of FDCPA §1692f**

29. Paragraph 29 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies the same.

30. Defendant denies Paragraph 30.

Defendant denies Plaintiff's Prayer for Relief and its subparts, and denies Plaintiff is entitled to any relief or damages.

## COUNT II – VOILATION OF THE TEXAS DEBT COLLECTION ACT

31. Defendant repeats and realleges previous paragraphs as though fully set forth herein.

32. Paragraph 32 calls for a legal conclusion; therefore, Defendant denies the same.

33. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 33; therefore, Defendant denies the same.

34. Paragraph 34 calls for a legal conclusion; therefore, Defendant denies the same.

   a. **Violations of FDCPA §1692c *et seq*.**

35. Paragraph 35 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies the same.

36. Defendant denies Paragraph 36.

Defendant denies Plaintiff's Prayer for Relief and its subparts, and denies Plaintiff is entitled to any relief or damages.

## AFFIRMATIVE DEFENSES

1. Plaintiff's damages, if any, are the result of a pre-existing condition not caused nor exacerbated by Defendant.

2. Plaintiff proximately caused her own damages, if any.

3. Plaintiff's damages were caused by a third party over which Defendant has no control.

4. Any violation of the FDCPA and/or TDCA, if any, was caused by a good-faith bona fide error.

WHEREFORE, PREMISES CONSIDERED, Defendant TrueAccord Corp. respectfully requests that this Court dismiss all claims against TrueAccord Corp. with prejudice.

**MARTIN GOLDEN LYONS
WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
JUSTIN HAN
Texas State Bar No. 24109917
Email: jhan@mgl.law
**MARTIN GOLDEN LYONS
WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT
TRUEACCORD CORP.***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 11th day of February, 2025.

*/s/Xerxes Martin*
EUGENE XERXES MARTIN IV